997 A.2d 223

IN THE MATTER OF JACK H. BOYAJIAN,
AN ATTORNEY AT LAW.

July 19, 2010.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 08–264, concluding that **JACK H. BOYAJIAN** of **BLOOMFIELD,** who was admitted to the bar of the State of California in 1999, should be reprimanded for violating *RPC* 5.1(a) (every law firm or organization authorized to practice law shall make reasonable efforts to ensure that member lawyers conform to the *RPCs*), *RPC* 5.1(b) (a lawyer having direct supervisory authority over another lawyer shall make reasonable efforts to ensure that the other lawyer conforms to the *RPCs*), *RPC* 5.1(c) (a lawyer shall be responsible for another lawyer's violation of the *RPCs* if (1) the lawyer orders or ratifies the conduct involved or (2) the lawyer having direct supervisory authority over the other lawyer knows of the conduct at a time when its consequences can be avoided or mitigated but fails to make reasonable remedial action), *RPC* 5.3(b) (a lawyer having direct supervisory authority over a nonlawyer shall make reasonable efforts to ensure that the person's conduct is compatible with the professional obligations of the lawyer), and *RPC* 8.4(a) (it is professional misconduct for a lawyer to violate or attempt to violate the *RPCs*, knowingly assist or induce another to do so, or do so through the acts of another), and good cause appearing;

It is ORDERED that **JACK H. BOYAJIAN** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's ethics file in this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.